**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**FEB 0 1 2022**

**TAMMY H. DOWNS, CLERK**
By:_____
**DEP CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO.   4:22-cv-00090-BRW

I.    Parties

In item A below, place your full name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

I..A    Name of plaintiff: Gary Lynn Conley
ADC# 163984

Address: E.A.R.U.  P.O. Box 970 Marianna, Arkansas 72360

Name of plaintiff:_____
ADC#_____

Address:_____

This case assigned to District Judge Wilson
and to Magistrate Judge Ervin

Name of plaintiff:_____
ADC#_____

Address:_____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

.B   Name of defendant: STATE OF ARKANSAS / Larry Jegley
Position: Prosecution
Place of employment: Court House
Address: 224 South Spring St. Little Rock, AR 72201

Name of defendant: Herber T. Wright Jr.
Position: Judge
Place of employment: Court House
Address: 401 west Markham Little Rock Ar 72201

Name of defendant: Brandy Turner
Position: Public Attorney

Place of employment: ███ Circuit court House

Address: 401 West Markham Little Rock, Arkansas 72201

Name of defendant: Larry Jegley

Position: Prosecution

Place of employment: Court House

Address: 401 west Markham

II.    Are you suing the defendant in:

- (•   Official capacity only)
- •   Personal capacity only
- (•   Both official and personal capacity)

III.   Previous Lawsuits
I..B    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No __✓__

I..C    If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Yes _____ No _____

- •   Parties to the previous lawsuit:

Plaintiffs _____

_____

Defendants: _____

_____

- •   Court (if federal court, name the district; if state court, name the county):

- •   Docket Number: _____

- Name of Judge to whom case was assigned: _____

- Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

- Approximate date of filing lawsuit: _____

- Approximate date of disposition: _____

IV.    Place                    of                Present                    confinement:

_____

V.      At the time of the alleged incident(s), were you:
        (Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
        explain: _____

        _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?
        Yes_____ No _____

    B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
        Yes _____ No _____

        If not, why? _____

        _____

VII.      Statement of claim

State here (as briefly as possible) the facts of you case.   Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Yez I have been deprived of My Liberty, Life and pursuit of Happiness. I've been entrap by these defendants. My United States Constitution Right were violated. I have the Right to be left alone by politics, politicians or any others. Herbert T. Wright JR. Circuit Judge for the State. Brandy Turner public defender/attorney also paid by the State Larry Jegley Prosecuting Attorney The Head of it all. whom Prosecute for The State of Arkansas peace and dignity.

The STATE of Arkansas has involved me into there political Affairs. Brandy turner was My State counsel didn't counsel with Me ; Suppressed exonarating Evidence ; Allow other Evidence that could be Supprese to entrap Me for them to have a case.

The Judge Allowed me to be deprived of My liberty. Suppressing a video that he watched and knew would exonarate Me.

I AM A MAN!

Larry Jegley Prosecuted Me fo peace and dignity of Arkansas. I Never told any one I would uphold the peace or dignity of Arkansas or any other. So why Are you Bothering Me.

Larry Jegley, Brandy turner, Herbert T. wright Jr. Has violated the constitution ; My Right as a Man. That has Caused Me Pain ; Suffering ; Cruel ; unusual Punishment These Are the Constitutions that wer violated. Amendments 1,2,4,5,6,7,8,9,13,14, Yes they did.

—

VIII.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I want all My Rights Restored. I want record sealed & exsponged Release from ARKANSAS DepartMENT Of Correction. CoMpersation for Cruel & unusual Punishment and pain & Suffering. ALSO Left Alone By Politicians. I want Life, Liberty & to pursue My Happiness

I declare under penalty of perjury (18 U.S. C. § 1621) that the forgoing is true and correct.

Executed on this __27__ day of __January__, 20_22_.

_Gary Conley_
_Gary Conley_

_____

Signature(s) of Plaintiff(s)

Revised 05/02/05

Gary Lynn Conley #163989
E. A.R.U
P.O.BOX 970
Marianna, AR 72360

MEMPHIS TN 380

28 JAN 2022　PM 4　L



★ USA ★ FOREVER ★

Pro Se Clerk
West Capital Avenue. Suite 402
Little Rock  Arkansas 72201-3325

72201-332999