# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GARY LYNN CONLEY**
**ADC #163989**                                                                                                       **PLAINTIFF**

V.                                      NO. 4:22-CV-00090-BRW

**STATE OF ARKANSAS,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Based on the Court's order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 10th day of March, 2022.


_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE